# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2719
LT Case No. 2022-001424-CFMA

_____

TRAVIS LERCHEN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


3.800 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Travis Lerchen, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen R.
Putnam Jr., Assistant Attorney General, Daytona Beach, for
Appellee.


June 18, 2026


PER CURIAM.

   AFFIRMED.


JAY, C.J., and SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____